UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BATISTE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL INFORMATION SERVICES;<br>AMERICAN GENERAL FINANCE INC.; and<br>MIKE DOE,<br><br>        Defendants. | 2:08-cv-00378-GEB-EFB<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE and FED. R. CIV.<br>P. 4(m) NOTICE |

        The Parties's Joint Status Report filed April 28, 2008, reveals this case is not ready to be scheduled since not all Defendants have been served.  Therefore, the Status (Pretrial Scheduling) Conference set for May 12, 2008, is continued to June 23, 2008, at 9:00 a.m.  A further joint status report shall be filed no later than June 9, 2008.[1]

        Plaintiff is hereby notified that any Defendants who have not been served within the 120-day period prescribed by  Fed. R.

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

Civ. P. 4(m) may be dismissed without prejudice pursuant to Rule 4(m) unless Plaintiff shows in its Status Report good cause for not dismissing those Defendants.

IT IS SO ORDERED.

Dated: May 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge