UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SANDRA BATISTE,                )
                               )   2:08-cv-00378-GEB-EFB
          Plaintiff,           )
                               )   ORDER
     v.                        )
                               )
NATIONAL INFORMATION SERVICES, )
INC.; AMERICAN GENERAL FINANCE,)
INC.; and MIKE DOE,            )
                               )
          Defendants.          )
                               )
```

The parties' "Further Joint Status Report..." ("FJSR") filed on June 9, 2008 does not provide sufficient information for issuance of a meaningful Rule 16 scheduling order.

Plaintiff was required to include in the FJSR her response to a Notice issued under Rule 4(m) of the Federal Rules of Civil Procedure on May 5, 2008, since it appeared that two defendants would not be served within Rule 4(m)'s 120 day service period. Plaintiff's response does not reveal Plaintiff has good cause justifying extension of Rule 4(m)'s 120 day service period. It is unclear when Plaintiff began trying to learn the whereabouts of unserved Defendant National Information Systems, and Plaintiff states she "has no information as to the location of 'Mike Doe'

and/or if this is the true identify of this Defendant."[1]  (FJSR at 4.)

Therefore, any unserved defendant may be dismissed from this action on or after August 11, 2008, unless Plaintiff files a proof of service showing service on now unserved defendant(s) no later than August 8, 2008, or shows in a filing due on August 8, 2008, good cause justifying an extension of the service period.

Further, Plaintiff states in the FJSR she "still anticipates identifying the individual(s) or company used in the attempted repossession of [a] vehicle and may seek to amend and add these additional parties."  (Id.)  Plaintiff fails to provide information about the timing of the referenced anticipated amendments; this provision of the FJSR is incomplete since this information is not provided.

Since two defendants have not been served, the present scheduling conference set for June 23, 2008, is rescheduled to commence at 9:00 a.m. on September 15, 2008.  A further Joint Status Report shall be filed no later than September 1, 2008.

IT IS SO ORDERED.

Dated:  June 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Although Plaintiff's complaint names National Information Services, Inc. as a defendant and the FJSR caption includes this defendant, the FJSR refers to service of process on Defendant National Information *Systems*, Inc.  (FJSR at 3:13-15.)  This discrepancy shows that the name of the unserved party is unclear.