Robert A. Bleicher (SBN 111334)
Andrew T. Caulfield (SBN 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
robert.bleicher@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Defendant
AMERICAN GENERAL FINANCE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA BATISTE,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL INFORMATION SERVICES, AMERICAN GENERAL FINANCE and MIKE DOE,<br><br>    Defendants. | Case No. 2:08-CV-00378-GEB-EFB<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO DISCOVERY AND WITHDRAWAL OF DEPOSITION NOTICE** |

Plaintiff Sandra Batiste ("Plaintiff") and Defendant American General Finance, Inc. ("AGF"), by and through their counsel of record, hereby stipulate to the following:

1. **WHEREAS**, Plaintiff served a set of discovery requests entitled Plaintiff Sandra Batiste's Interrogatories, Requests for Admission, Requests for Production of Documents and Requests for Production of Statements to Defendant American General Finance (the "Requests");

2. **WHEREAS**, the current due date for AGF to serve responses to the Requests is January 21, 2009;

3. **WHEREAS**, Plaintiff has agreed to a two-week extension of time for AGF to respond to the Requests, making AGF's responses now due on or before February 4, 2009;

4. **WHEREAS**, on December 29, 2009, Plaintiff served a Notice of Taking Deposition of American General Finance's Designated Representative Pursuant to Fed. R. Civ. P. 30(B)(6), noticing the date of the deposition as January 28, 2009, at 9:00 a.m. in San Diego, California.

5. **WHEREAS**, Plaintiff will withdraw the above-mentioned deposition notice, and will re-notice the deposition to take place in San Francisco, California, on a mutually agreeable date and time.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. AGF's responses to the Requests are due on or before February 4, 2009;
2. Plaintiff's current deposition notice will be withdrawn;
3. Plaintiff will re-notice the deposition to take place in San Francisco, California, at a mutually agreeable date and time.

//
//
//
//
//
//
//

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**IT IS SO STIPULATED.**

Dated:  January 14, 2009    HOLLAND & KNIGHT LLP

/s/
_____
Andrew T. Caulfield

Attorneys for Defendant
AMERICAN GENERAL FINANCE

Dated:  January 13, 2009    HYDE & SWIGART

/s/
_____
Joshua B. Swigart

Attorneys for Plaintiff
SANDRA BATISTE

**IT IS SO ORDERED.**

DATED:  January 14, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1  # 5988069_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910